UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **JULIE A. SU**, Acting Secretary of Labor, United States Department of Labor, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No.: 2:23-cv-00178 |
| **EL CAPITAN SEAFOOD & MEXICAN RESTAURANT, INC.** d/b/a **EL CAPITAN SEAFOOD & MEXICAN RESTAURANT**, **RICHARD SERRANO**, and **LUIS FERNANDO JIMENEZ**, | ) (PPS-APR) ) ) Hon. Philip P. Simon ) Hon. Andrew P. Rodovich ) ) |
| Defendants. | ) ) |

### ACTING SECRETARY'S AGREED MOTION TO APPROVE PARTIES' CONSENT JUDGMENT AND ORDER

Plaintiff, **Julie A. Su**, Acting Secretary of Labor ("Acting Secretary"), United States Department of Labor, through counsel, respectfully requests the Court approve and enter the proposed Consent Order and Judgment ("Consent Judgment") that was emailed to Chambers on December 14, 2023. The proposed Consent Judgment resolves all claims between the Acting Secretary and Defendants El Capitan Seafood & Mexican Restaurant, Inc. d/b/a El Capitan Seafood & Mexican Restaurant, Richard Serrano, and Luis Fernando Jimenez (collectively, "Defendants"). Defendants do not oppose this motion.

        Respectfully submitted,

        **SEEMA NANDA**
        Solicitor of Labor

1

**CHRISTINE Z. HERI**
Regional Solicitor

/s/ JoAnn G. Lim
**JOANN G. LIM**
U.S. Department of Labor
Office of the Solicitor
230 South Dearborn Street, Rm. 844
Chicago, Illinois 60604
(312) 353-6990
lim.joann.g@dol.gov
IL Bar #6300362

*Attorneys for Plaintiff Julie A. Su,
Acting Secretary of Labor, United States
Department of Labor*