AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JULIE A. SU, *Acting Secretary of Labor, United States Department of Labor*
    Plaintiff

v.                                       Civil Action No. 2:23-cv-178

EL CAPITAN SEAFOOD & MEXICAN RESTAURANT, INC.
*doing business as* El Capitan Seafood & Mexican Restaurant
RICHARD SERRANO
LUIS FERNANDO JIMENEZ
    Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

**X** the plaintiff Acting Secretary of Labor, United States Department of Labor, Julie A Su recover from the defendant's *El* Capitan Seafood & Mexican Restaurant, Inc, *doing business as* El Capitan Seafood & Mexican Restaurant, Richard Serrano and Luis Fernando Jimenez the amount of Seventy-Eight Thousand, Seven Hundred Ninety-Nine Dollars and 44/100 dollars ($ 78,799.44 ), plus post-judgment interest at the rate of 4.88 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

**X** Other:    JUDGMENT IS ENTERED in favor of the Plaintiff, Acting Secretary of State, United States Department of Labor, Julie A Su and against the Defendants El Capitan Seafood & Mexican Restaurant, Inc, Richard Serrano and Luis Fernando Jimenez as set forth in Exhibit A of the Consent Judgment and Order filed on December 21, 2023.

This action was (*check one*):

☐ tried to a jury with _____

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by  Judge Philip P Simon on Motion to Approve Consent Judgment

DATE: 12/27/2023                                           CHANDA J. BERTA, CLERK OF COURT

                                                                   by       /s/ S. Kowalsky
                                                                            *Signature of Clerk or Deputy Clerk*